**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1031

In Re: DALE E. HAMILTON,

Debtor.

_____

DALE E. HAMILTON,

Plaintiff - Appellant,

versus

GERALD M. O'DONNELL, Trustee,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-98-1057-A, BK-98-14052-MVB)

Submitted: May 25, 1999          Decided: June 1, 1999

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dale E. Hamilton, Appellant Pro Se. Gerald M. O'Donnell, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dale Hamilton appeals the district court's order affirming the bankruptcy court's dismissal of his Chapter 13 petition. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hamilton v. O'Donnell, Nos. CA-98-1057-A; BK-98-14052-MVB (E.D. Va. Dec. 7, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 4, 1998, the district court's records show that it was entered on December 7, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2